**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHAT MAHFUZ CHOWDHURY, | Case No. 1:25-cv-01860 KES SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | Doc. 9 |

Rahat Mahfuz Chowdhury proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See* Doc. 1.  The Court observed that Chowdhury had "a pending habeas petition raising the same issues in another district," and ordered him to show cause why the Court should not decline jurisdiction over this petition.  Doc. 5.  Chowdhury did not respond to the order.

On January 22, 20206, the magistrate judge found Chowdhury failed to comply with the Court's order and failed to prosecute the claims raised in the pending petition, and recommended dismissal.  Doc. 9 at 1-3.  The Court served the findings and recommendations on Chowdhury at the address on record, but the U.S. Postal Service returned the mail as "Undeliverable as Addressed" on February 2, 2026.  Nevertheless, service is deemed fully effective pursuant to Local Rule 182(f).  To date, Chowdhury has not filed a notice of change of address or taken any other action to proceed with his petition.

1

In accordance with 28 U.S.C. § 636 (b)(1), the Court performed a de novo review of the case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.   The findings and recommendations issued on January 22, 2026 (Doc. 9) are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3.   The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 14, 2026

_____
UNITED STATES DISTRICT JUDGE